# PAUL G. GASTON

Attorney at Law

1120 19th Street, N.W.

Suite 750

Washington, DC 20036

Email: pgaston@attglobal.net          (202) 296-5856          Facsimile (202) 296-4154

June 17, 2008

Mr. Greg Hughes
Office of the Clerk
Room 1225
United States District Court
333 Constitution Avenue, NW
Washington, DC 20001

　　　　　　　　　　Re:   *Valencia et al. v. Islamic Republic of Iran, et al., No. 08-533(RCL)*

Dear Mr. Hughes:

　　　I enclose a copy of the Summons, Complaint, and Notice of Suit, in the above-captioned matter, along with translations of each, as required by 28 U.S.C. § 1608(3) and 22 C.F. R. 93, and respectfully request service by International Certified Mail, Return Receipt Requested, on:

　　　The Islamic Republic of Iran

through the Ministry of Foreign Affairs of the Islamic Republic of Iran at the following address:

　　　Ministry of Foreign Affairs
　　　Khomeini Avenue
　　　United Nations Street
　　　Tehran, Iran

　　　Please notify me when this mailing has been accomplished, or, if you would like me to perform the mailing on behalf of the Clerk's office, when the documents will be available for pick-up. If you have any questions or require anything further, please do not hesitate to contact me.

　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　Paul G. Gaston
　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*

Encl.

# PAUL G. GASTON

Attorney at Law

1120 19th Street, N.W.

Suite 750

Washington, DC 20036

Email: pgaston@attglobal.net          (202) 296-5856          Facsimile (202) 296-4154

June 17, 2008

Mr. Greg Hughes
Office of the Clerk
Room 1225
United States District Court
333 Constitution Avenue, NW
Washington, DC 20001

                Re:    *Valencia et al. v. Islamic Republic of Iran, et al., No. 08-533(RCL)*

Dear Mr. Hughes:

    I enclose a copy of the Summons, Complaint, and Notice of Suit, in the above-captioned matter, along with translations of each, as required by 28 U.S.C. § 1608(3) and 22 C.F.R. 93, and respectfully request service by International Certified Mail, Return Receipt Requested, on:

The Iranian Ministry of Information and Security, at the following address:

Iranian Ministry of Information and Security
Pasdaran Avenue
Golestan Yekom
Tehran, Iran

    Please notify me when this mailing has been accomplished, or, if you would like me to perform the mailing on behalf of the Clerk's office, when the documents will be available for pick-up. If you have any questions or require anything further, please do not hesitate to contact me.

                                  Very truly yours,

                                    Paul G. Gaston
                                    *Attorney for Plaintiffs*

Encl.

# PAUL G. GASTON

Attorney at Law

1120 19th Street, N.W.
Suite 750
Washington, DC 20036

Email: pgaston@attglobal.net        (202) 296-5856        Facsimile (202) 296-4154

June 17, 2008

Mr. Greg Hughes
Office of the Clerk
Room 1225
United States District Court
333 Constitution Avenue, NW
Washington, DC 20001

Re:    *Valencia et al. v. Islamic Republic of Iran, et al.*, No. 08-533(RCL)

Dear Mr. Hughes:

I enclose a copy of the Summons, Complaint, and Notice of Suit, in the above-captioned matter, along with translations of each, as required by 28 U.S.C. § 1608(3) and 22 C.F.R. 93, and respectfully request service by International Certified Mail, Return Receipt Requested, on:

The Iranian Islamic Revolutionary Guard Corps (a/k/a The Pasdaran)

at the following address:

Pasdaran Avenue
Golestan Yekom
Tehran, Iran

Please notify me when this mailing has been accomplished, or, if you would like me to perform the mailing on behalf of the Clerk's office, when the documents will be available for pick-up. If you have any questions or require anything further, please do not hesitate to contact me.

Very truly yours,

Paul G. Gaston
*Attorney for Plaintiffs*

Encl.