UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CIELITO VALENCIA, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 08-cv-533 (RCL) |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**ORDER AND JUDGMENT**

In accordance with the Memorandum Opinion issued this date, it is hereby

ORDERED that final judgment is entered in favor of plaintiffs and against all defendants; it is furthermore

ORDERED that plaintiffs are awarded $15,500,000 in compensatory damages and $15,965,000 in punitive damages, to be distributed as follows:

1. plaintiff Cielito Valencia is entitled to $5,000,000 in compensatory damages and $5,150,000 in punitive damages;

2. plaintiff Luz Southard is entitled to $2,500,000 in compensatory damages and $2,575,000 in punitive damages;

3. plaintiff Steven Wolfe is entitled to $3,000,000 in compensatory damages and $3,090,000 in punitive damages; and

4. plaintiff Sonya Turner Broadway is entitled to $5,000,000 in compensatory damages and $5,150,000 in punitive damages; it is furthermore

ORDERED that defendants shall be liable, jointly and severally, for the entire $31,465,000 amount; it is furthermore

ORDERED that plaintiffs shall, at their own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Order and Judgment, and the Memorandum Opinion issued this date, to defendants.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on March 31, 2010.