IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CIELITO VALENCIA, et al.
        Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN, et al.
        Defendants.

Civil Action No. 08-533 (RCL)

**ORDER**

Upon consideration of Judgment Creditors' Motion to Revive Judgment of March 31, 2011, the Court hereby GRANTS such motion. The Judgment is extended in favor of the Judgment Creditors and against the Defendants for another twelve years, or until March 31, 2035.

SO ORDERED, this 3rd day of March, 2023.

Royce C. Lamberth
United States District Court Judge